C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In Re:  Kenneth Earl Robinson        )
        Gloria Jean Alston            )
                                      )
                                      )    No. B-10-80406 C-13D
                Debtor(s)             )

### ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to amend the claim of America's Servicing Company (Claim number 1) to provide for monthly payments in the amount of $802.23 effective December, 2010 and there being no filed objection to the Motion within the time period set forth in the Notice issued on November 3, 2010 by the Clerk of Court setting December 3, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

      ORDERED that the claim of America's Servicing Company (Claim number 1) is amended to provide for monthly payments in the amount of $802.23 effective December, 2010.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80406 C-13D**

Kenneth Earl Robinson
Gloria Jean Alston
704 Weeping Willow Drive
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

America's Servicing Company
MACx7801-014-
3476 Stateview blvd.
Fort Mill, SC 29715